**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re* BAYCOL PRODUCTS LITIGATION | MDL NO. 1431 (MJD/SRN) |
| This Document Relates to: | |
| | **ORDER** |
| *Clyde Ashbrook, et al., v. Bayer Corp., et al.* (Plaintiff Rena Hughes only) | Case No. 03-4924 |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 9, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Rena Hughes [Doc. No. 9] is GRANTED;

2. Plaintiff Rena Hughes' action is DISMISSED WITH PREJUDICE; and

3. Plaintiff's counsel is required to pay the sum of $57.85 to Bayer Corporation within 10 days of the District Court's Order.

DATED: August 6, 2007.

            s / Michael J. Davis
            Judge Michael J. Davis
            United States District Court Judge